**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF A.G., A MINOR CHILD | : No. 465 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: R.W. | : Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.